IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED CLERK'S OFFICE

2009 JUN 10 A 9: 45

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

| | |
|---|---|
| Reginold Darnell Hoover, #923377, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:09-1091-SB-TER |
| ) | |
| C.C.S. Correct Care Solutions, Inc., ) | |
| Nurse Monica, C/O F. Aderson a/k/a ) | **ORDER** |
| Anderson, Sgt. Clawson, Inmate Lee ) | |
| Sumpter, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On May 12, 2009, United States Magistrate Judge Thomas E. Rogers, III issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss Defendant Inmate Lee Sumpter from this action without prejudice based on the fact that the inmate is a private individual and did not act under color of state law. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, the Court need not conduct a <u>de novo</u> review of any portion of the R&R. After review, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that Defendant Inmate Lee Sumpter is dismissed from this action without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED.**

*[signature]*
The Honorable Sol Blatt, Jr.
Senior United States District Judge

June 9, 2009
Charleston, South Carolina

#3